IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

GARRICK OATIS                                                                     PLAINTIFF

v.                                CIVIL ACTION NO. 1:16-cv-00228-GHD-DAS

21st MORTGAGE                                                DEFENDANT

## **ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO STAY**

Pursuant to an opinion issued this day, the Court ORDERS that Defendant's motion to stay proceedings [11] is DENIED WITHOUT PREJUDICE.

SO ORDERED, this, the 25 day of July, 2017.

_____
SENIOR U.S. DISTRICT JUDGE